|   |   |
|---|---|
| 1 | LAURA KRANK |
|   | ATTORNEY AT LAW: 220208 |
| 2 | LAW OFFICES OF ROHLFING & KALAGIAN |
|   | 211 EAST OCEAN BLVD., SUITE 420 |
| 3 | LONG BEACH, CA 90802 |
|   | 562/437-7006 |
| 4 | FAX: 562/432-2935 |
|   | Email: lekrank@hotmail.com |

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

KRYSTAL NOEL,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No.: CV 09-3637 E

[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of FOUR THOUSAND DOLLARS ($4,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 3/1/10

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE